IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-MC-00028

| | |
|---|---|
| IN RE: ) <br> ) <br> FORTITUDE ) <br> FINANCIAL ) <br> INVESTMENTS, INC., ) <br> ) <br>             Plaintiff, ) <br>    v. ) <br> ) <br> LSTAR MANAGEMENT, LLC, ) <br> ) <br>            Defendant. ) <br> ) | **RECEIVER'S MOTION TO APPROVE SETTLEMENT AND RELEASE AGREEMENT AND DISTRIBUTIONS** |

Margaret R. Westbrook ("Receiver"), as Receiver for LStar Management, LLC ("Management"), by and through undersigned counsel, hereby moves the Court for an Order approving the proposed Settlement and Release Agreements between Management's creditors and Management, approving Receiver's plan for distributing assets of the Receivership Estate, and approving the distributions and payments made out of the Receivership Estate to date.

For the reasons set forth in the accompanying brief in support, Receiver requests that the Court enter an Order approving the proposed Settlement and Release Agreements between Management's creditors and Management, approving Receiver's plan for distributing the assets of the Receivership Estate, and approving the distributions and payments made out of the Receivership Estate to date.

**WHEREFORE**, Receiver respectfully prays that the Court enter an Order approving the proposed Settlement and Release Agreements, approving Receiver's plan for distributing the assets of the Receivership Estate, and approving the distributions and payments made out of the Receivership Estate to date.

308428651.2

Respectfully submitted, this the 12th day of November, 2021.

**K&L GATES LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
N.C. State Bar No. 23327
K&L Gates LLP
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7311
Fax: (919) 516-2111
Margaret.Westbrook@klgates.com
*Counsel to Margaret R. Westbrook, Esq., Receiver for LStar Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this document to be filed electronically through CM/ECF and, thus, to be served by electronic notification on those parties properly registered for electronic service through this Court's CM/ECF system, including the following:

James S. Livermon, III
Womble Bond Dickinson (US) LLP
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: 919-755-2148
Fax: 919-755-6178
Email: charlie.livermon@wbd-us.com
*Counsel for Fortitude Financial Investments, Inc.*

Lisa P. Sumner
Poyner Spruill LLP
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
Telephone: 919-783-6400
Fax: 919-783-1075
Email: lsumner@nexsenpruet.com
*Counsel for LStar Development Group, Inc.*

D. Kyle Deak
Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609-2669
Telephone: 919-835-4133
Email: kyle.deak@troutman.com
*Counsel for LA Coinvest, LLC*

Zachary H. Smith
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
Telephone: 704-331-1046
Fax: 704-378-1909
zacharysmith@mvalaw.com
*Counsel for GDMB Holding LLC, TOBI IV LLC, and TOBI V LLC*

Respectfully submitted this 12th day of November, 2021.

**K&L GATES LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
N.C. State Bar No. 23327
K&L Gates LLP
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7311
Fax: (919) 516-2111
Margaret.Westbrook@klgates.com
*Counsel to Margaret R. Westbrook, Esq., Receiver for LStar Management, LLC*

4

Case 5:19-mc-00028-D    Document 49    Filed 11/12/21    Page 4 of 4