# EXHIBIT A

## <u>EXHIBIT A</u>

(LStar Entities)

LStar Management, LLC

LS Bry, LLC

LS Southfield, LLC

LS Edenmoor, LLC

LS Handsmill, LLC

LS PV, LLC

LS Park View, LLC

LSB One, LLC

LSB Two, LLC

LSB Three, LLC