# EXHIBIT C

| Title | Amount of Allowed Claim | Percentage of Total Claims | Initial Distribution Amount | Remaining Claim |
|---|---|---|---|---|
| **Recognized Creditor Claims** | | | $1,000,000 | |
| Fortitude Financial Investments Judgment 1 | $7,800,088.11 | # | $371,987.00 | $7,428,101.11 |
| SD Boston Real Estate General Partnership | $697,850.00 | # | $33,280.54 | $664,569.46 |
| MFA | $81,750.00 | # | $3,898.67 | $77,851.33 |
| Mid-Atlantic Capital, LLC | $2,112,500.00 | # | $100,745.34 | $2,011,754.66 |
| Sean McColl | $597,333.00 | # | $28,486.87 | $568,846.13 |
| Michael Trout | $300,000.00 | # | $14,307.03 | $285,692.97 |
| Shanahan Law Fees | $111,621.85 | # | $5,323.26 | $106,298.59 |
| 63 Nichols, LLC | $2,300,000.00 | # | $109,687.23 | $2,190,312.77 |
| Drew and William Spransy (each 50%) | $311,668.07 | # | $14,863.48 | $296,804.59 |
| Paul Flick (Mediator) | $850.00 | # | $40.54 | $809.46 |
| Landquest Legacy | $627,000.00 | # | $29,901.69 | $597,098.31 |
| Sean McColl | $244,267.75 | # | $11,649.15 | $232,618.60 |
| LStar Grande Dunes I, LLC | $1,157,813.00 | # | $55,216.22 | $1,102,596.78 |
| LStar Grande Dunes II, LLC | $423,958.00 | # | $20,218.60 | $403,739.40 |
| Paul Lyford | $226,187.00 | # | $10,786.88 | $215,400.12 |
| Michael Trout | $412,500.00 | # | $19,672.17 | $392,827.83 |
| Paul Lyford | $26,187.00 | # | $1,248.86 | $24,938.14 |
| Michael Trout | $3,238.00 | # | $154.42 | $3,083.58 |
| Talonwater, LP | $1,572,000.00 | # | $74,968.84 | $1,497,031.16 |
| Maverick Acquisitions, LLC | $393,000.00 | # | $18,742.21 | $374,257.79 |
| Michael Mills | $30,000.00 | # | $1,430.70 | $28,569.30 |
| Anthony Bruster | $47,768.67 | # | $2,278.09 | $45,490.58 |
| Cross Living Trust (1) | $47,770.67 | # | $2,278.19 | $45,492.48 |
| Cross Living Trust (2) | $48,531.00 | # | $2,314.45 | $46,216.55 |
| Santosh Gandhari | $38,825.00 | # | $1,851.57 | $36,973.43 |
| John Cannon Green | $23,883.34 | # | $1,139.00 | $22,744.34 |
| Hafer Family Trust | $47,796.67 | # | $2,279.43 | $45,517.24 |
| Kelly O'Bannon | $23,883.34 | # | $1,139.00 | $22,744.34 |
| Michael Rowan | $47,769.67 | # | $2,278.14 | $45,491.53 |
| George Walters | $48,531.00 | # | $2,314.45 | $46,216.55 |
| Wyatt Webb | $47,769.67 | # | $2,278.14 | $45,491.53 |
| Dr. Felix Vasquez | $15,189.50 | # | $724.39 | $14,465.11 |
| Michael Mills | $15,189.50 | # | $724.39 | $14,465.11 |
| Michael Mills | $30,000.00 | # | $1,430.70 | $28,569.30 |
| Michael Trout | $45,603.00 | # | $2,174.81 | $43,428.19 |
| John Dumbleton | $58,033.00 | # | $2,767.60 | $55,265.40 |
| Trevor Gruenewald | $76,803.00 | # | $3,662.74 | $73,140.26 |
| Neil Hafer | $102,404.00 | # | $4,883.66 | $97,520.34 |
| Larry and Barbara Hill | $102,404.00 | # | $4,883.66 | $97,520.34 |
| Kurt Lasher | $102,404.00 | # | $4,883.66 | $97,520.34 |
| Charles Meeks | $56,323.00 | # | $2,686.05 | $53,636.95 |
| Michael Rowan | $51,202.00 | # | $2,441.83 | $48,760.17 |
| Mike Traw | $51,202.00 | # | $2,441.83 | $48,760.17 |
| Dumbleton Trust | $51,202.00 | # | $2,441.83 | $48,760.17 |
| George Walters (BNA Ventures LTD) | $102,404.00 | # | $4,883.66 | $97,520.34 |
| Charles Derrick White | $256,008.00 | # | $12,209.05 | $243,798.95 |
| | **$20,968,711.81** | **100.00%** | **$1,000,000.00** | **$19,968,711.81** |
| | | | | $19,968,711.81 |