# EXHIBIT D

**Previously Disbursed Expenses**

| Date | Description | Amount |
|---|---|---|
| 7/20/2020 | Dev. Solutions Bry - Deposit | $50,000.00 |
| 8/31/2020 | Edenmoor Holdings LLC - Deposit | $189,600.00 |
| 9/10/2020 | JPM - Deposit | $508,038.00 |
| 9/10/2020 | JPM - Deposit | $1,364,678.00 |
| 9/10/2020 | JPM - Deposit | $1,200,000.00 |
| 9/16/2020 | Blackman and Sloop - Accounting fees | -$12,450.00 |
| 9/28/2020 | Scale Finance LLC - Accounting fees | -$1,320.00 |
| 9/28/2020 | K&L Gates LLP - Receiver's Fees through 8/30/2020 | -$205,000.00 |
| 9/29/2020 | Fortitude Financial - Fees awarded in Judgment | -$206,954.48 |
| 10/7/2020 | Womble Bond Dickinson (US) - Attorney Fees | -$57,417.25 |
| 10/16/2020 | South Carolina Department of Review - Required Tax Payments | -$16,368.00 |
| 10/19/2020 | Payment by Edenmoor Holdings LLC | $120,000.00 |
| 10/27/2020 | Blackman & Sloop - Accounting fees | -$6,050.00 |
| 10/27/2020 | GPI Park View - Distribution | -$782,000.00 |
| 10/28/2020 | LStar Development Group, Inc. - Payroll Advance | -$165,000.00 |
| 10/30/2020 | Spectrum - Deposit | $160.00 |
| 10/30/2020 | Blackman & Scoop - Accounting fees | -$2,150.00 |
| 10/30/2020 | Scale Finance LLC - Accounting fees | -$2,392.50 |
| 10/30/2020 | South Carolina Department of Review - Required Tax Payments | -$525.00 |
| 11/12/2020 | Constellation Homebuilders - IT Service Fees | -$3,024.22 |
| 11/16/2020 | JP Morgan Chase Bank - Deal Closing Fees | -$2,250.00 |
| 12/8/2020 | Edenmoor Holdings LLC - Deposit | $288,000.00 |
| 12/11/2020 | Todd & Weld LLP - Attorney Fees for Receivership | -$8,900.00 |
| 12/11/2020 | HaystackID LLC - IT Service Fees | -$1,415.00 |
| 12/11/2020 | Scale Finance LLC - Accounting fees | -$3,135.00 |
| 12/18/2020 | JP Morgan Chase Bank - Deposit | $2,250.00 |
| 12/21/2020 | Dev. Solutions Bry - Deposit | $100,000.00 |
| 1/28/2021 | Edenmoor Holdings LLC - Deposit | $144,000.00 |
| 2/10/2021 | Todd & Weld LLP - Attorney Fees for Receivership | -$2,700.00 |
| 2/10/2021 | Scale Finance LLC - Accounting fees | -$1,485.00 |
| 2/10/2021 | Moody, Famiglietti & Andronico LLP - Accounting fees | -$5,000.00 |
| 2/18/2021 | LS Handsmill, LLC - Deposit | $6,553.63 |
| 2/18/2021 | LS Southfield, LLC - Deposit | $1,151.45 |
| 2/18/2021 | LSB Two, LLC - Deposit | $15.43 |
| 2/18/2021 | LS Edenmoor, LLC - Deposit | $2,091.03 |
| 2/18/2021 | LS PV, LLC - Deposit | $6,971.00 |
| 2/18/2021 | LS Bry, LLC - Deposit | $111,151.75 |
| 2/18/2021 | LSB One, LLC - Deposit | $462.65 |
| 3/22/2021 | Required Tax Payments | -$1,600.00 |
| 3/22/2021 | Todd & Weld LLP - Attorney Fees for Receivership | -$800.00 |
| 3/22/2021 | Blackman & Scoop - Accounting fees | -$1,215.00 |
| 3/30/2021 | Edenmoor Holdings LLC - Deposit | $144,000.00 |
| 5/13/2021 | Edenmoor Holdings LLC - Deposit | $276,000.00 |
| 5/20/2021 | Corporation Service Company - Registered Agent Fees | -$2,904.00 |
| 6/10/2021 | Blackman & Scoop - Accounting fees | -$11,970.00 |
| 6/16/2021 | Brighton Real Estate Project - Payroll Advance | -$50,000.00 |
| 6/23/2021 | Corporation Service Company - Registered Agent Fees | -$3,832.80 |
| 6/23/2021 | Todd & Weld LLP - Attorney Fees for Receivership | -$3,050.00 |
| 7/12/2021 | Edenmoor Holdings LLC - Deposit | $240,000.00 |
| 8/12/2021 | Wyrick Robbins - Retainer Refund | $5,000.00 |
| 8/25/2021 | Blackman & Scoop - Accounting fees | -$4,911.00 |
| 8/30/2021 | Mobile Computer Services - IT Fees | -$29,500.00 |
| 9/8/2021 | Todd & Weld LLP - Attorney Fees for Receivership | -$46,840.37 |
| 9/9/2021 | LS Park View, LLC - Deposit | $21,692.16 |
| 10/29/2021 | Edenmoor Holdings LLC - Deposit | $315,840.00 |
| | | **$3,455,495.48** |

Remaining Receivership Assets as of November 9, 2021      $3,455,495.48