# EXHIBIT E

| | |
|---|---:|
| **Receivership Assets as of November 9, 2021:** | $3,455,495.48 |
| | |
| **Proposed Expense Payments and Distributions** | |
| **Description** | **Amount** |
| Receiver's Fee from 9/1/2020 to 10/31/2021 | 244,138.00 |
| Fortitude Legal reimbursement | 284,210.09 |
| Womble Bond Dickinson (US) fees from 9/30/2020 - 10/31/2021 - Attorney Fees | 30,400.00 |
| Edenmoor Class A | 286,240.00 |
| LA Coinvest | 493,000.00 |
| Doug and Randelle Smith | 250,000.00 |
| Janvier Law Firm | 326.58 |
| **Total:** | 1,588,314.67 |
| **Initial Distribution:** | **$1,000,000** |
| | |
| **Remaining Balance to be kept in Reserve:** | $867,180.81 |