# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## No. 5:19-MC-00028

| | |
|---|---|
| FORTITUDE FINANCIAL INVESTMENTS, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| LSTAR MANAGEMENT, LLC, | ) ) |
| Defendant. | ) ) |

**RECEIVER'S MOTION TO APPROVE SETTLEMENT AND RELEASE AGREEMENT**

Margaret R. Westbrook, Esq. ("Receiver"), as Receiver for LStar Management, LLC ("Management"), by and through undersigned counsel, hereby moves the Court for an Order approving the proposed Settlement and Release Agreement between Patrick Sullivan, William Hampton Pitts, and Rachel Vradenburgh (the "Employees"), LStar Development Group, Inc. and Landquest Legacy of North Carolina, LLC and its subsidiary and affiliate companies (collectively "Development"), Kyle V. Corkum ("Corkum"), Management, and Receiver (the Employees, Development, Corkum, Management, and the Receiver may be referred to collectively herein as the "Parties" or individually as a "Party").

The proposed Settlement and Release Agreement is entered into pursuant to the authority vested in Receiver via the Court's prior Order appointing Receiver on March 11, 2020 (ECF No. 9). For the reasons set forth in the accompanying brief in support, Receiver requests that the Court enter an Order approving the proposed Settlement and Release Agreement.

1

311892434.1

Case 5:19-mc-00028-D   Document 74   Filed 05/26/22   Page 1 of 4

Respectfully submitted, this the 26th day of May, 2022.

**K&L GATES LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
N.C. State Bar No. 23327
K&L Gates LLP
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7311
Fax: (919) 516-2111
Margaret.Westbrook@klgates.com
*Counsel to Margaret R. Westbrook, Esq., Receiver for LStar Management, LLC*

2
311892434.1
Case 5:19-mc-00028-D   Document 74   Filed 05/26/22   Page 2 of 4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this document to be filed electronically through CM/ECF and, thus, to be served by electronic notification on those parties properly registered for electronic service through this Court's CM/ECF system, including the following:

James S. Livermon, III
Womble Bond Dickinson (US) LLP
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Email: charlie.livermon@wbd-us.com
*Counsel for Fortitude Financial Investments, Inc.*

Lisa P. Sumner
Nexsen Pruet
4141 Parklake Avenue, Suite 200
Raleigh, NC 27612
Email: lsumner@nexsenpruet.com
*Counsel for LStar Development Group, Inc.*

Byron L. Saintsing
Smith Debnam Narron Drake Saintsing & Myers, LLP
Post Office Box 17610
Raleigh, NC 27619-6010
Email: bsaintsing@smithdebnamlaw.com
*Counsel for Milone & MacBroom, Inc.*

Donald G. Hunt, Jr.
Akins Hunt Adkins Law
570 New Waverly Place, Suite 240
Cary, NC 27518
Email: dgh@akinshunt.com
*Counsel for Sherry K. Corkum*

Kristen Atkins Lee
Akins Hunt Adkins Law
570 New Waverly Place, Suite 240
Cary, NC 27518
Email: kal@akinshunt.com
*Counsel for Nichols Street, LLC*

Respectfully submitted this 26th day of May, 2022.

**K&L GATES LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
N.C. State Bar No. 23327
K&L Gates LLP
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7311
Fax: (919) 516-2111
Margaret.Westbrook@klgates.com
*Counsel to Margaret R. Westbrook, Esq., Receiver for LStar Management, LLC*