IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-MC-00028

IN RE:

FORTITUDE FINANCIAL
INVESTMENTS, INC.,

           Plaintiff,

v.

LSTAR MANAGEMENT, LLC,

           Defendant.

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AND RELEASE AGREEMENT**

THIS MATTER comes before the Court on Receiver's Motion to Approve Settlement and Release Agreement (ECF No. 74) (the "Motion") of Margaret R. Westbrook, Esq. ("Receiver"), in her capacity as the Court-appointed receiver of defendant LStar Management, LLC ("Management"). The Motion requests that the Court enter an Order approving the proposed settlement agreement between Patrick Sullivan, William Hampton Pitts, and Rachel Vradenburgh (the "Employees"), LStar Development Group, Inc. and Landquest Legacy of North Carolina, LLC and its subsidiary and affiliate companies (collectively "Development"), Kyle V. Corkum ("Corkum"), Management, and Receiver (the Employees, Development, Corkum, Management, and the Receiver may be referred to collectively herein as the "Parties" or individually as a "Party").

Pursuant to N.C. Gen. Stat. §§ 1-501, *et seq.* and other applicable law and for good cause shown, including those bases set forth in Receiver's Memorandum in Support of the Motion (ECF No. 75), the Motion is GRANTED.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1

1. Receiver's proposed Settlement and Release Agreement between Management, Development, Corkum, and the Employees (ECF No. 75-1 – the "Settlement Agreement") is approved, and Receiver is authorized to take any and all actions necessary or appropriate to consummate the Settlement Agreement and to fulfill Management's obligations under that Settlement Agreement.

SO ORDERED. This __6__ day of June, 2022.

James C. Dever III
United States District Judge